ALLSUP v. ALLSUP

No. 102PA88.

Case below: 88 N.C. App. 533.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1988.

BRYANT v. EAGAN

No. 123P88.

Case below: 88 N.C. App. 741.

Petition by plaintiff (George A. Bryant, Jr.) for a writ of certiorari to the North Carolina Court of Appeals denied 5 May 1988.

IN RE EDWARDS

No. 129P88.

Case below: 89 N.C. App. 356.

Petition by Clarence E. Edwards for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

JERRETT v. CECIL KING TRUCKING

No. 39P88.

Case below: 88 N.C. App. 312.

Petition by defendant (Surety, Charles M. Dowd) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

KARP v. UNIVERSITY OF NORTH CAROLINA

No. 80PA88.

Case below: 88 N.C. App. 282.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 5 May 1988.